# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 22-mj-56 |
| ) | |
| JOHN GOULD ) | |

## ORDER

Upon the Defendant's Unopposed Motion to Convert the Preliminary Hearing to a Status Conference and the Defendant having waived his right to a preliminary hearing, it is hereby

**ORDERED** that the preliminary hearing currently set for 20th September 2022 is converted to status.

**SO ORDERED.**

_____
Honorable G. Michael Harvey

September 19, 2022
Date