**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  22-311 (RC) |
| | : | |
| JOHN DAVID ROSS GOULD, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing

proceedings in this case:

1. sentencing in this matter is set for **April 28, 2023, at 10 a.m.** via Zoom Video;

2. the probation officer assigned to this case shall disclose the draft pre-sentence

   investigation report to the parties no later than **March 6, 2023**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation

   report to the probation officer no later than **March 20, 2023**;

4. the probation officer shall disclose to the parties and file with the Court the final

   pre-sentence investigation report no later than **March 27, 2023**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no

   later than **April 11, 2023**, with all responses (if any) due by **April 17, 2023**, and

   all such memoranda and responses thereto must cite to supporting legal authority.

   **SO ORDERED**.


Dated:  December 5, 2022                                    RUDOLPH CONTRERAS
                                                           United States District Judge